**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Kenneth Wright, Appellant.

Appellate Case No. 2019-000204

―――――――――

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2021-UP-136
Submitted April 1, 2021 – Filed April 28, 2021

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967) and *In re McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.